UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE EARL HOWELL,<br><br>        Petitioner,<br><br>   v.<br><br>JOHN D. MORALES,<br><br>        Respondent. | 1:08-cv-00471-AWI-SMS-HC<br><br>INFORMATIONAL ORDER REGARDING ENTRY OF JUDGMENT AND TERMINATION OF THE ACTION  (Docs. 5, 7-8) |

    Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 11, 2008, the Court dismissed the petition for failure to exhaust state court remedies and declined to issue a certificate of appealability.  On the same date, judgment was entered, and the judgment and order of dismissal were served on Petitioner by mail.  Mail was returned on June 24, 2008.  No notice of appeal was filed.

    On October 11, 2011, Petitioner filed a motion to proceed in forma pauperis and motion for appointment of counsel on appeal.

    Petitioner is INFORMED that the Court will not continue to

1

process his filings in the action in this Court because judgment has been entered and the case terminated.

IT IS SO ORDERED.

**Dated:    October 19, 2011**                              **/s/ Sandra M. Snyder**
                                                       UNITED STATES MAGISTRATE JUDGE